IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD BELCH,

        Plaintiff,                  11cv1189
                                    **ELECTRONICALLY FILED**

        v.

JOSEPH MASURKIEWICZ,

        Defendant.

**ORDER OF COURT RE: AMENDED PETITION FOR WRIT OF HABEAS CORPUS (DOC. NO. 32) AND UNITED STATES MAGISTRATE JUDGE MAUREEN P. KELLY'S REPORT AND RECOMMENDATION (DOC. NO. 35)**

Presently before this Court is Petitioner's Amended Petition for Writ of Habeas Corpus. Doc. No. 32. On June 27, 2014, United States Magistrate Judge Maureen P. Kelly issued a Report and Recommendation and recommended to this Court that it deny the Amended Petition for Writ of Habeas Corpus and deny a Certificate of Appealability. Doc. No. 35. Objections to the Report and Recommendation were due to be filed on or before July 14, 2014. Id. A copy of the Report and Recommendation were sent to Petitioner at his address of record via first class mail. No objections have been received. After consideration of the Amended Petition for Writ of Habeas Corpus and United States Magistrate Judge Kelly's Report and Recommendation, the following Order is entered:

AND NOW, this 18th day of July, 2014, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (Doc. No. 35) is **ADOPTED AS THE OPINION OF THIS COURT**;

2. Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. No. 32) is **DENIED**;

3. A Certificate of Appealability is **DENIED**;

4. The Clerk of Court shall mark this **CASE CLOSED**.

                                                    s/ Arthur J. Schwab
                                                   Arthur J. Schwab
                                                   United States District Judge

cc:      All Registered ECF Counsel and Parties

           EDWARD ALLAN BELCH GY-8373
           SCI-Somerset
           1600 Walters Mill Road
           Somerset, PA 15510-0001